IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDALL B. TURNER,

    Plaintiff,

v.

U.S. MARSHAL and CAPTAIN WEED,
NORCOR Facility Commander,

    Defendants.

Civil No. 10-1127-PK

ORDER TO DISMISS

BROWN, District Judge.

    Plaintiff's Motion to Voluntarily Dismiss (#5) is GRANTED.

    IT IS SO ORDERED.

    DATED this 7th day of October, 2010.

                    Anna J. Brown
                    United States District Judge

1 - ORDER TO DISMISS